IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
FOR SPOKANE COUNTY

| | |
|---|---|
| HOUSEHOLD FINANCE CORPORATION III<br>Plaintiff,<br>vs.<br>DENNIS STOVER and DOE I, husband and wife, and their marital community composed thereof,<br>Defendants. | No.: 10205225-3<br><br>AFFIDAVIT OF PATRICK COX IN SUPPORT<br>OF JUDGMENT |

STATE OF VIRGINIA      )
                       ) ss.
COUNTY OF CHESAPEAKE   )

I, PATRICK COX, being first duly sworn, on oath deposes and says:

I am the Recovery Specialist for HOUSEHOLD FINANCE CORPORATION III, a corporation. I make this affidavit on the basis of my personal knowledge and a review of the computer records maintained by HOUSEHOLD FINANCE CORPORATION III with respect to the account at issue. All such records are maintained in the regular course of business, at or near the time of the events recorded. I am a custodian of those records and can testify as to their authenticity.

HOUSEHOLD FINANCE CORPORATION III is a licensee under the Consumer Loan Act, RCW 31.04.

Affiant is informed and believes, and therefore alleges, that at the time of service and filing of the Summons and Complaint herein, and at all times since, said

AFFIDAVIT IN SUPPORT OF JUDGMENT

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

- 1 -

Defendant(s) is/are not a person in the military service of the United States, as defined in the Soldiers' and Sailors' Civil Relief Act.

Affiant further states that the defendants are not infants nor incompetent persons.

Attached hereto is a copy of a Personal Credit Line Agreement under which the defendant(s), DENNIS STOVER and DOE I became obligated on November 30, 1998, together with copies of other pertinent documents. Under the terms of the Personal Credit Line Agreement defendants, DENNIS STOVER and DOE I, was/were to pay the sum of $6012.83 plus interest at the rate of 12.00% per annum in monthly installments. Also attached is a transaction history showing charges and payments to the account.

No payments have been made since August 26, 2008 and defendant(s) is/are now in default under the terms of the Personal Credit Line Agreement. As of January 02, 2009, the principal balance due and owing on the account is $6012.83, plus interest totaling $261.81. Interest continues to accrue thereafter at $1.98 per diem.

_____
PATRICK COX

SUBSCRIBED TO AND SWORN TO before me this 17th day of February, 2009.

_____
Notary Name
Notary Public for the State of VIRGINIA
Residing at: Cheaspeake
My Commission expires: 2/17/09

LINDA SZUDORA
Notary Public
Commonwealth of Virginia
7049704
My Commission Expires Nov 30, 2010

AFFIDAVIT IN SUPPORT OF JUDGMENT

BISHOP, WHITE & MARSHALL, P.S.
720 OLIVE WAY, SUITE 1301
SEATTLE, WASHINGTON, 98101

- 2 -

WASHINGTON

IN THE DISTRICT COURT FOR THE _____ JUDICIAL DISTRICT

HCS-HFC : Plaintiff

vs.                                                  Case No.:

Defendant(s)

DENNIS STOVER
~~~~~~~~2664

AFFIDAVIT OF LOST/DESTROYED INSTRUMENT

Dinita Brazell, being sworn deposes and says:

1. That he/she is the Legal Specialist at HCS-HFC and makes this Affidavit on their behalf.
2. That this Affidavit is made on information and belief of the affiant after thorough review of all records of HCS-HFC pertinent to the Defendant's account.
3. That the original contract in this matter has been destroyed or lost.
4. That if originals or duplicates are discovered, they will be submitted to the Court for cancellation.

*Dinita Brazell* (signature)

Subscribed and sworn to before me on this 31st day of January, 2008.

*Juanita Watson* (signature)
Notary Public

JUANITA WATSON
Notary Public
Commonwealth of Virginia
321005
My Commission Expires Jun 30, 2011